## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 22-CV-21711-JEM

Plaintiff:
**VICTOR ARIZA**

vs.

Defendant:
**GOLDENBAR INC.**


OJF2022011767

For:
RODERICK V. HANNAH
RODERICK V. HANNAH, ESQ, PA
4800 N. HIATUS RD
SUNRISE, FL 33351

Received by OJF SERVICES, INC. on the 6th day of June, 2022 at 8:31 am to be served on **GOLDENBAR INC. C/O REGISTERED AGENT: LESLIE AMES, 3310 OAK AVE., MIAMI, FL 33133**.

I, GREG SCHULTE, do hereby affirm that on the **16th day of June, 2022** at **11:00 am, I:**

**.CORPORATE:** served by delivering a true copy of the **SUMMONS, COMPLAINT, PRESERVATION LETTER AND EXHIBITS** with the date and hour of service endorsed thereon by me, to: **CAMILA AITKEN** as **EMPLOYEE** of **GOLDENBAR INC. 3162 COMMODORE PLAZA, 1F2 GOLDENBAR, MIAMI, FL 33133**, and informed said person of the contents therein. Service was completed on the named individual after due diligence to locate the registered agent or any other officer for **GOLDENBAR INC.** without success. This service is in compliance with either Federal Rules of Civil Procedure, Florida Statute 48.081 or other state statute as applicable.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2022011767

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DATE: 6/16/22   TIME: 11:00A
INITIALS: GS   ID #: 245

VICTOR ARIZA

*Plaintiff(s)*

v.

Civil Action No. 22-cv-21711-JEM

GOLDENBAR INC.,
a Florida for-profit corporation

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GOLDENBAR INC.
By Serving Its Registered Agent:
LESLIE AMES
3310 OAK AVENUE
MIAMI FL 33133

A lawsuit has been filed against you.

+ Preservation Letter
+ Exhibits

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RODERICK V. HANNAH, ESQ.
4800 NORTH HIATUS ROAD
SUNRISE FL 33351-7919
Telephone: (954) 362-3800

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 06/03/2022

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

11767