UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**VICTOR ARIZA,**

    Plaintiff,

v.

                                          Case No.:   1:22-cv-21711-JEM

**GOLDENBAR, INC.,**
a Florida for-profit corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Victor Ariza, and Defendant, Goldenbar, Inc., (collectively, the "Parties") by and through the undersigned counsel, hereby advise the Court that the Parties have reached an agreement to settle the instant case pending execution of a settlement agreement. The Parties will file a Stipulation dismissing the above-styled action with prejudice once the settlement agreement is executed.

Accordingly, the parties hereby respectfully request that this Court allow the parties until August 9, 2022 to complete the settlement file for dismissal, during which time the parties request that the Court vacate all currently scheduled deadlines and retain jurisdiction over the matter until fully resolved.

[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE TO FOLLOW.]

1

**RESPECTFULLY SUBMITTED**, this 20th day of July, 2022.

| | |
|---|---|
| **Spire Law, LLC** <br> 2752 W. State Road 426, <br> Suite 2088 <br> Oviedo, Florida 32765 <br><br> By: */s/ Alyssa Castelli* <br>   Alyssa Castelli, Esq. <br>   Florida Bar No. 1032306 <br>   Phone: (407) 494-0135 <br>   Primary: alyssa@spirelawfirm.com <br>   Secondary: marcela@spirelawfirm.com <br>   Secondary: filings@spirelawfirm.com <br>   *Attorney for Defendant* | **Roderick V. Hannah, Esq., P.A.** <br> 4800 N. Hiatus Road <br> Sunrise, Florida 33351 <br><br> By: */s/ Roderick V. Hannah* <br>   Roderick V. Hannah, Esq. <br>   Florida Bar No. 435384 <br>   Phone: (954) 362-3800 <br>   Primary: rhannah@rhannahlaw.com <br>   *Attorney for Plaintiff* |

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2022., the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel, Roderick V. Hannah, Esq., via email to rhannah@rhannahlaw.com.

   */s/ Alyssa Castelli*
   Alyssa Castelli, Esq.

2